## No. 344
### HELLER et al v. TAYLOR
Ohio Appeals, 9th Dist., Wayne County
No. 767. April 14, 1924

1158. TAXES — Non-taxable government bonds not subject to tax where investment is made in good faith, although only a few days before tax period arrived.

PARDEE, J.
Epitomized Opinion
Published Only in Ohio Law Abstract

Taylor filed a petition in Wayne County Common Pleas to enjoin the county auditor and county treasurer from demanding and collecting from him $139.66, or any part thereof, as taxes on $7,890. Plaintiff claimed that on the 3rd of April, 1923, a certain mortgage note, amounting with interest to about $8,000 was paid him and on said date he invested all

## STATE COURT OF APPEALS—Continued

of said amount in non-taxable U. S. government bonds. He also claimed that he did not make this conversion for the purpose of evading the payment of taxes, but purchased said bonds for a permanent investment. A demurrer was filed to plaintiff's petition, which was overruled. The county officials prosecuted error. In sustaining the judgment of the lower court, the Court of Appeals held:

1. As the demurrer admitted that the county officials were attempting to assess taxes on money invested in government bonds, which the payer owned on April 8th, the demurrer was properly overruled as an attempt to collect taxes under these circumstances was contrary to law.

Attorneys—Jos. O. Fritz, for Heller; et al; John C. McClaran, for Taylor; both of Wooster.